EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Marcos A. Morell Corrada | 2004 TSPR 90 <br><br> 161 DPR _____ |

Número del Caso: TS-4569


Fecha: 7 de junio de 2004


Oficina de Inspección de Notarías:

Lcda. Carmen H. Carlos
Directora



Abogado del Querellado:

Por Derecho Propio

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Marcos A. Morell Corrada

4569

RESOLUCIÓN

San Juan, Puerto Rico, a 7 de junio de 2004.

Examinado el Informe de la Directora de la Oficina de Inspección de Notarías, en el cual expone que el abogado subsanó todas las deficiencias encontradas en su obra notarial, se autoriza la reinstalación del Lic. Marcos A. Morell Corrada al ejercicio de la notaría.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino. El Juez Asociado señor Corrada del Río inhibido.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo